UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-20402-CIV-O'SULLIVAN
[CONSENT]

YVONNE ELLIOTT,

    Plaintiff,

v.

MACY'S FLORIDA STORES, LLC, an
Ohio Limited Liability Company,

    Defendant.
_____/

## **ORDER APPROVING SETTLEMENT AGREEMENT AND CLOSING CASE**

THIS MATTER came before the Court following a settlement conference on July 7, 2009 and the Court having conducted a hearing concerning the settlement.

THE COURT has heard from counsel and considered the terms of the Settlement Agreement, the pertinent portions of the record, and is otherwise fully advised in the premises.

This case involves a claim for unpaid overtime compensation under the Fair Labor Standards Act, 29 U.S.C. §201, et seq ("FLSA").  In reviewing a settlement of an FLSA private claim, a court must "scrutiniz[e] the settlement for fairness," and determine that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions."  Lynn Food Stores v. United States, 679 F.2d 1350, 1352-53 (11th Cir. 1982).  A settlement entered into in an adversarial context where both sides are represented by counsel throughout litigation "is more likely to reflect a reasonable compromise of disputed issues."  Id.  The district court may approve the settlement in order to promote the policy of encouraging settlement of litigation.  Id. at 1354.

In this case, there is a <u>bona fide</u> factual dispute concerning the amount of hours worked by the plaintiff and the number of years the plaintiff is entitled to recover overtime. The Court finds that the compromise reached by the parties under the terms of the Settlement Agreement is a fair and reasonable resolution of the parties' bona fide disputes. Accordingly, it is

**ORDERED AND ADJUDGED** that the parties' Settlement Agreement is hereby APPROVED.  **The Court will retain jurisdiction until Thursday, August 6, 2009 to enforce the terms of the settlement.** It is further

**ORDERED AND ADJUDGED** that this case is DISMISSED WITH PREJUDICE.

The Clerk of Court is directed to mark this case as CLOSED.

**DONE AND ORDERED** in Chambers at Miami, Florida this **7th** day of July, 2009.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
All counsel of record